UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR20-120 RSM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| JORGE VALDEZ, | ) |
| | ) |
| Defendant. | ) |

<u>Offenses charged</u>:

1. Conspiracy to commit money laundering

2. Money laundering

3. International money laundering

<u>Date of Detention Hearing</u>:   February 28, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.  Defendant has a prior conviction for possession with intent to distribute heroin, which also involved two warrants for failure to appear to address supervision violations, the commission of new crimes under supervision, including shoplifting and assault, failing to report law enforcement contact, using cocaine and marijuana and possessing drug paraphernalia.  He also has an outstanding active warrant for a charge of assault in Arizona.  Defendant is a US citizen but resides full time in Mexico and has extended family ties to Mexico.

2.  Defendant poses a risk of nonappearance based on a history of failures to appear and extensive ties to Mexico.  Defendant poses a risk of danger based on his commission of new crimes while under court supervision.   Defendant does not contest detention at this time.

3.  There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

DETENTION ORDER
PAGE -2

court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 28th day of February, 2022.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3